FILED

2008 AUG -6 PM 3:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2591 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GERMAN GARCIA-CORTEZ, Defendant. | Criminal Case No. ____________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |

The grand jury charges:

On or about July 22, 2008, within the Southern District of California, defendant GERMAN GARCIA-CORTEZ did knowingly and intentionally import 1,000 kilograms and more, to wit: approximately 4,647.10 kilograms (10,223.62 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 6, 2008.

A TRUE BILL:

____________________
Foreperson

KAREN P. HEWITT
United States Attorney

By: ____________________
PAUL L. STARITA
Assistant U.S. Attorney

PLS:nlv:Imperial
8/5/08