**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERMAN GARCIA CORTEZ,<br>Defendant. | Case No. 08CR2591-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Mark F. Adams, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 335, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the defense MOTION FOR DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the United States District Court using its ECF System, which electronically notifies the following individuals:

Paul L. Starita, Attorney for the Government, paul.starita@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed on August 8, 2008 at San Diego, California.

*/s/ Mark F. Adams*_________
Mark F. Adams